**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **C.A.-C.,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Case No. 4:26-cv-1314-CDL-CHW** |
| | : | **28 U.S.C. § 2241** |
| **Warden, STEWART DETENTION CENTER,** | : | |
| | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

The Court received Petitioner's application for habeas relief under 28 U.S.C. § 2241 on October 19, 2026. (Doc. 1). The following day, the Court ordered Respondent either to provide a bond hearing to Petitioner or to file a motion seeking relief from the Order by explaining why Petitioner was not entitled to a hearing within 21 days. (Doc. 4). However, Petitioner's copy of the order was returned to the Court as undeliverable, with the notation that Petitioner was no longer at Stewart Detention Center (Doc. 7), and more than 21 days have passed without Respondent filing a motion in response to the Order. *See Docket.*

Because it appears that Petitioner, who is *pro se*, has been transferred from Stewart Detention Center, Respondent is **ORDERED** to provide a status report

regarding Petitioner's present location[1] and whether the bond hearing was held as directed. The status report shall be provided by November 20, 2026.

**SO DIRECTED**, this 13th day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

[1] Petitioner's last filing was mailed from the Deyton Detention Cetner in Lovejoy, Georgia (Doc. 6-3), but a search of the U.S. Immigration and Customs Enforcement Online Detainee Locator System indicates that Petitioner is currently detained at FCI Atlanta, 601 McDonough Blvd SE, Atlanta, GA 30315. (U.S. Immigration & Customs Enforcement, *https://locator.ice.gov/odls/#/search* (last accessed Nov. 10, 2026)). The Clerk of Court is hereby **DIRECTED** to update the docket to reflect Petitioner's address to this facility and to mail a copy of the October 20, 2026 Order (Doc. 4) and this Order to Petitioner to the updated address.